# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GEORGE A. O'NEAL, Jr., | ) |
| JULIE F. O'NEAL, | ) |
| 605 McDONALD COURT | ) BK. NO. 3:15-bk-03827 |
| NASHVILLE, TN 37217 | ) CHAPTER 13 |
| SSN: XXX-XX-2601; XXX-XX-0164 | ) KEITH M. LUNDIN, JUDGE |
| Debtor(s). | ) |

## ORDER RESCHEDULING HEARING

It appearing to the Court that this cause came to be heard upon the Debtors' Objection to the claim filed on behalf of Cavalry SPV I, LLC;

And it further appearing that upon oral motion made in open Court that this matter should be reset for the 5th day October, 2016, at 8:30 a.m., Courtroom 1, Customs House, 701 Broadway, Nashville, TN 37203.

**IT IS, THEREFORE, SO ORDERED.**

**This order was signed and entered electronically as indicated at the top of the first page.**

APPROVED FOR ENTRY:

 /s/ J. Michael Combs
**J. MICHAEL COMBS**
Attorney for Debtor(s)
700 Craighead Street, Suite 105
Nashville, TN 37204
(615) 255-7448
(615) 942-1895 (fax)
jmichaelcombsbk@bellsouth.net