**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GEORGE A. O'NEAL, Jr.,** | ) | |
| **JULIE F. O'NEAL,** | ) | |
| **605 McDONALD COURT** | ) | **BK. NO. 3:15-bk-03827** |
| **NASHVILLE, TN 37217** | ) | **CHAPTER 13** |
| **SSN: XXX-XX-2601; XXX-XX-0164** | ) | **CHARLES M. WALKER, JUDGE** |
| Debtor(s). | ) | |

## ORDER WITHDRAWING OBJECTION

It appearing to the Court, as evidenced by the signature of counsel below, that the Debtors desire to withdraw their Objection to the claim filed on behalf of Cavalry SPV I, LLC;

And it further appearing that no response to that objection has been filed with this Court.

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the claim of Cavalry SPV I, LLC, is WITHDRAWN**.

This order was signed and entered electronically as indicated at the top of the first page.

**APPROVED FOR ENTRY:**

 /s/ J. Michael Combs
**J. MICHAEL COMBS**
Attorney for Debtor(s)
700 Craighead Street, Suite 105
Nashville, TN 37204
(615) 255-7448
(615) 942-1895 (fax)
jmichaelcombsbk@bellsouth.net